# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Scott Troogstad, et al.

                         Plaintiff,

v.                                                        Case No.: 1:21−cv−05600

                                                            Honorable John Z. Lee

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 27, 2021:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 10/26/21. Plaintiff's reply brief is due by 5:00 p.m. on 10/28/21. Plaintiff's motion for a temporary restraining order [4] is entered and continued for 10/29/21 at 4:00 p.m. Counsel of record will receive an email with instructions on how to log into the video conference. The public will be provided a link to view and listen to the hearing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.