**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Scott Troogstad, et al.
                          Plaintiff,

v.                                                Case No.: 1:21−cv−05600
                                                      Honorable John Z. Lee

City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 27, 2021:

      MINUTE entry before the Honorable John Z. Lee:The public may view and listen to the hearing on 10/29/21 at 4:00 p.m. using the following link: https://us−courts.webex.com/us−courts/j.php?MTID=mefcf81fe5ceef52e66fd8a2cd8e6a2c5. Event number: 2313 740 4146. Event passcode: ilnd215600. (45632156 from phones). To listen to the hearing by telephone: 1−855−244−8681 Call−in toll−free number (US/Canada); Access code: 231 374 04146. Furthermore, all persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.