# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Scott Troogstad, et al.

                                      Plaintiff,

v.                                                                     Case No.: 1:21−cv−05600

                                                                               Honorable John Z. Lee

City of Chicago, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2021:

       MINUTE entry before the Honorable John Z. Lee: For the reasons stated on the record, Plaintiff's motion for temporary restraining order is denied. The parties shall submit a joint status report indicating a proposed discovery schedule as to the motion for preliminary injunction on or before Friday, November 5, 2021. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.