IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| SCOTT TROOGSTAD, *et al,* | |
| Plaintiffs, | |
| v. | 2021 CV 5600 |
| CITY OF CHICAGO, *et al,* | |
| Defendants. | |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF A PETITION FOR A PRELIMINARY INJUNCTION**

Plaintiffs, by and through the undersigned, hereby submit this Supplemental Brief in support of a Petition for a Preliminary Injunction, stating:

**I.      Introduction and Context**

This supplemental brief will update the court with some recent scientific findings about vaccine efficacy and the efficacy of natural immunity. The law has already been adequately addressed by the parties, and so it will not be repeated here, other than in terms of analyzing the effect of these facts on this matter's legal framework.

First, however, some context is necessary. The vaccines were introduced to a waiting public during the waning months of Donald Trump's presidency. During that time, as President Trump's somewhat erratic public statements about the vaccine became points of controversy between him and political opponents, Dr. Anthony Fauci diplomatically noted that

> [t]he lack of trust in a vaccine is multifaceted. Even if there weren't any mixed signals coming out of the government, there still would be a bit of an anti-vaxx feeling. You superimpose a part of that... the kind of mixed signals that are coming out of different agencies, people read that in the newspaper, whether it's real or not, and they get concerned... can you believe what the government says?[1]

---

[1] https://www.thedailybeast.com/dr-anthony-fauci-on-donald-trumps-covid-19-vaccine-boasts-no-ones-seen-the-data

1

This was likely in response to statements of various national leaders suggesting some reluctance to trust the vaccines. For example, then Senator and Vice Presidential candidate Kamala Harris stated, about the vaccines, "I will say that I would not trust Donald Trump. And it would have to be a credible source of information that talks about the efficacy and the reliability of whatever he's talking about. I will not take his word for it. He wants us to inject bleach. I -- no, I will not take his word."[2] Then Vice-President, and Democratic nominee for President, Joseph Biden stated

> Look at what's happened. An enormous pressure put on the CDC not to put out the detailed guidelines. Enormous pressure being put on the FDA to say the following protocol will have a giant impact on COVID. All these things turn out not to be true, and when a president continues to mislead and lie. When we finally do, god willing, get a vaccine, who's going to take the shot? Who's going to take the shot? Are you going to be the first one to say sign me up? They now say it's OK. I'm not being facetious.[3]

Even the Governor of Illinois indicated a level of concern with the vaccines, stating that he would have them independently vetted by Illinois experts out of concerns about safety and efficacy.[4]

The purpose of pointing this out is not to suggest hypocrisy on the part of politicians, but rather to point out something that many of the "vaccine hesitant" have indicated to the undersigned: there is a sense among members of the public that information is being withheld, or that whether one should trust the vaccine manufacturers or their product is a function of political ideology (though, like many issues, the sides sometimes switch) as opposed to science. As "14 Days to Flatten the Curve" enters its 21st month, as politicians who emphatically stated last summer that there would never be vaccine mandates now push them with a convert's zeal, people can be forgiven for not trusting the political class's claims that forced vaccination is a necessary component of

---

[2] https://transcripts.cnn.com/show/sotu/date/2020-09-06/segment/01
[3] https://www.clickorlando.com/news/local/2020/09/03/q-and-a-with-former-vice-president-joe-biden/
[4] The same article indicates that the administration would not make the vaccines mandatory – one of many promises made by politicians that was not kept. https://www.wbez.org/stories/suspicious-of-trump-pritzker-wants-illinois-to-vet-any-potential-covid-19-vaccine/9ecb40ee-33e6-4a6a-b970-d856a7beba03

addressing COVID-19. This sense that information is being withheld is not helped by the fact that medical professionals have been trying to get the FDA to publicizes the documents regarding Pfizer's clinical trials of if its vaccine by filing Freedom of Information Act requests (which should not be necessary) and have been simply rebuffed.[5] This similarly is not helped by the fact that the FDA has publicly approved one version of the Pfizer vaccine that is presently not available in America, while the available version of the vaccine continues under Emergency Use Authorization.[6] The public statements about full authorization are at odds with the reality on the ground; the public is being told one thing and the full truth may be something else.

All in all, many members of the public have sincere questions about the vaccines, and more than the sneaking suspicion that whatever information is out there is being tailored to fit a specific narrative. With this in mind, the facts of Jacobson v. Massachusetts, 197 U.S. 11 (1905) should be considered in contrast to the facts here. Footnote 1 (the only footnote) of that decision discusses the then hundred year history of the smallpox vaccine, and all of the myriads of historical reasons that it was safe and should be trusted. The history of the COVID-19 vaccines is substantially shorter than that, and the public continues to learn new things about them.

## II.     The Center for Disease Control's new narrative on vaccine immunity and natural immunity.

The Center for Disease Control recently updated its treatment of the subject of both vaccine immunity and natural immunity. *Science Brief: SARS-CoV-2 Infection-induced and Vaccine-induced Immunity, Center for Disease Control and Prevention* (updated Oct. 29, 2021), attached hereto as Exhibit A.

---

[5] See the Complaint filed in Public Health and Medical Professionals for Transparency v. Food and Drug Administration, 21 CV 1058, presently pending before the Northern District of Texas, http://phmpt.org/wp-content/uploads/2021/10/001-Complaint-101021.pdf. See also, the government's recent request that the documents sought be produced over the course of the next half-century. https://www.sirillp.com/wp-content/uploads/2021/11/020-Second-Joint-Status-Report-8989f1fed17e2d919391d8df1978006e.pdf.
[6] https://www.ronjohnson.senate.gov/services/files/8641ABD5-72AE-4C7E-A2F4-2DC7BE663022. The rejoinder to this largely does not matter. If the two vaccines are functionally the same despite their different name, what would have been wrong with forthright honesty?

It summarized its findings stating that "the immunity provided by vaccine and prior infection are both high but not complete." Exhibit A at 1. Further, "[c]urrent evidence indicates that the level of protection may not be the same for all viral variants." Exhibit A at 1. This is different from the CDC's prior position, which offered little acknowledgement of natural immunity at all. It begins by discussing the duration of immune protection from vaccination. It states, what many now know, that vaccine effectiveness wanes over time from 90% (the study does not immediately identify which vaccines are being discussed) to 70% within 250 days, but that this does not account for new circulating variants (like the Delta Variant). Exhibit A at 5. With Delta now the dominant COVID variant in the United States, effectiveness decreases even more over time. Exhibit A at 5. No mention is made of the Israeli study identified in the Complaint, which will be discussed momentarily. Further, no mention is made of a much newer study which suggested that after six months, vaccine effectiveness is reduced to 13.1% in the case of the Johnson & Johnson vaccine, 58% for the Moderna vaccine, and 43.3% for the Pfizer vaccine. Cohn, Barbara, *SARS-CoV-2 vaccine protection and deaths among US veterans during 2021*, Science, (Nov. 4, 2021), attached as Exhibit B.

The CDC relied in great part on a newer study that specifically focused on individuals who were hospitalized with COVID-like symptoms, both the vaccinated and those with natural immunity. The CDC claimed that the study suggested "there was a 5.5 times higher odds of laboratory-confirmed COVID-19 among previously infected patients than among fully vaccinated patients." Exhibit A at 6. That study, for what it is worth, found that of 7,348 subjects, 1,020 were "unvaccinated with previous SARS-CoV-2 infection" and that 6,328 were "fully vaccinated with previous documented infection." Bozio, *Catherine, Laboratory-Confirmed COVID-19 Among Adults Hospitalized with COVID-19–Like Illness with Infection-Induced or mRNA Vaccine-Induced SARS-CoV-2 Immunity — Nine States, January–September 2021*, Center for Disease Control and Prevention (Nov. 5, 2021), attached as Exhibit C (otherwise referred to as the Bozio study). Of those, 89 of the 1020

4

(8.7%) unvaccinated patients tested positive for COVID-19; 324 of 6,328 vaccinated patients were found to be positive for COVID-19 (5.1%). Exhibit C at 3.

It further cited a recent United Kingdom study. Exhibit A at 6. That study found that, with respect to the "Delta-dominant period" of May 17-August 14, 2021, two vaccine doses reduced the risk of testing positive by 67%, but that natural infection reduced the likelihood of infection by 71%. Coronavirus (COVID-19) Infection Survey Technical Article: Impact of vaccination on testing positive in the UK: October 2021, Office for National Statistics (Oct. 18, 2021), at 7, attached as Exhibit D. It also cited the Cleveland study referred to in the original round of briefs, which found that there were no cases of reinfection during a 5 month period "and so could not detect a benefit of vaccination."[7] Exhibit A at 6.

### III.   Dr. Martin Kulldorff's rebuttal to the CDC report.

Dr. Martin Kulldorff, a Harvard Medical School professor, biostatistician and epidemiologist, took issue with one of the main studies upon which the new CDC report relies. Specifically, he took issue with the methodology and findings of the Bozio study. Kulldorff, Martin, *A Review and Autopsy of Two COVID Immunity Studies*, Brownstone Institute (Nov. 2, 2021), attached as Exhibit E. He compared that study to the Israeli study referred to in the Complaint: Gazit, Sivan, Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: reinfections versus breakthrough infections (Aug., 25, 2021),(otherwise referred to as the Gazit study) attached as Exhibit F.

Dr. Kulldorff found that the Gazit study was a "fair and unbiased comparison" compared to the Bozio study: "To make a fair and unbiased comparison, researchers must match patients from the two groups on age and time since vaccination/disease. That is precisely what the study authors

---

[7] Shrestha, N.K., et al., *Necessity of COVID-19 vaccination in previously infected individuals*. medRxiv, 2021: p. 2021.06.01.21258176, accessed at https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v2.

did, matching also on gender and geographical location." Exhibit E. "For the primary analysis, the study authors identified a cohort with 16,215 individuals who had recovered from Covid and 16,215 matched individuals who were vaccinated. The authors followed these cohorts over time to determine how many had a subsequent symptomatic Covid disease diagnosis." Exhibit E. What the study found was that 191 patients in the vaccinated group and 8 in the natural immunity group contracted COVID-19; that is, those who were merely vaccinated were 23 times more likely to suffer a breakthrough infection. Exhibit E. He called the study a "straightforward and well-conducted epidemiological cohort study that is easy to understand and interpret." Exhibit E.

By contrast, the Bozio study (which he calls the CDC study) "did not create a cohort of people to follow over time." Exhibit E. Instead, the Bozio study "identified people hospitalized with Covid-like symptoms, and then they evaluated how many of them tested positive versus negative for Covid." Exhibit E. The problem with the study was that it specifically selected a group of people – those who had gone to the hospital with COVID-like symptoms – that may not have been representative of the entire population. As Dr. Kulldorff argued:

> Let's look at the numbers. Of the 413 cases (i.e., Covid positive patients), 324 were vaccinated, while 89 were Covid recovered. That does not mean that the vaccinated are at higher risk since there may be more of them. To put these numbers in context, we need to know how many in the background population were vaccinated versus Covid recovered. The study does not provide or utilize those numbers, although they are available from at least some of the data partners, including HealthPartners and Kaiser Permanente. Instead, they use Covid-negative patients with Covid like symptoms as their control group, of which there were 6,004 vaccinated, and 931 Covid recovered. Exhibit E.

That is to say, if those who reported to the hospital with COVID-like symptoms reflect the rest of the population (a precaution that was accounted for in the Gazit study), then the Bozio study may have value. But without accounting for the fact that those who report to the hospital with COVID-like symptoms may not reflect the rest of the population, the study is of limited importance. For

6

example, if individuals with natural immunity are less likely to contract COVID-19, it is possible that fewer of them visit the hospital with COVID-like symptoms. If that was the case, the fact that a greater percentage of those who *do* visit the hospital with COVID-like symptoms test positive for COVID-19 as opposed to those with vaccine immunity would be irrelevant. Dr. Kulldorff makes the point:

> Ignoring covariates for the moment, we will look at the unadjusted numbers in more detail for illustrative purposes. The paper does not report how many vaccinated and Covid recovered people there are in the population at risk for hospitalization with Covid-like symptoms. If there were 931,000 Covid recovered and 6,004,000 vaccinated (87%), then the proportions are the same as among the controls, and the results are valid. If, instead, there were (say) 931,000 Covid recovered and 3,003,000 vaccinated (76%), then the odds ratio would be 0.89 instead of 1.77. There is no way to know the truth without those baseline population numbers unless one is willing to assume that those hospitalized for Covid-like symptoms without having Covid are representative of the background population, which they are unlikely to be.

Finally, Dr. Kulldorff notes that there may be some protection offered by vaccines even to the naturally immune (though he states that there are no statistically significant studies that convincingly find this), it then becomes a question of "benefits and risks, also taking vaccine adverse reactions into account." Exhibit E. That is to say, if a person who was otherwise incredibly vulnerable were able to become immune to a dread disease with little risk, the reasons for refusing to do so would be few; but if a person who was largely not vulnerable to a disease, even one with a 1 or 2% mortality rate (depending on age group), risking adverse reactions to attain some small amount of additional protection would be less wise. As Dr. Kulldorff concludes, "Based on the solid evidence from the Israeli study, the Covid recovered have stronger and longer-lasting immunity against Covid disease than the vaccinated. Hence, there is no reason to prevent them from activities that are permitted to the vaccinated. In fact, it is discriminatory." Exhibit E.

IV. **The vaccines offer little protection against transmission from the vaccinated, particularly in the case of the Delta variant.**

In terms of what the mandates attempt to accomplish – not the protection of the vaccinated individual so much as the protection of others from transmission – the COVID-19 vaccines have been of extremely limited value, particularly as to the Delta variant. The Lancet recently published the results of a study of the communicability of COVID-19 in households between the vaccinated and the unvaccinated. Wilder-Smith, *What is the vaccine effect on reducing the transmission in the context of the SARS-CoV-2 delta variant?*, The Lancet, (Oct. 29, 2021), attached as Exhibit G. It found that there was transmission of the virus in 25% of the cases among fully vaccinated individuals and 23% of unvaccinated individuals. Obviously, those with vaccination may have a more robust and durable response to COVID-19 once infected, but, as the study concluded

> COVID-19 vaccination reduces the risk of delta variant infection and also accelerates viral clearance in the context of the delta variant. However, this study unfortunately also highlights that the vaccine effect on reducing transmission is minimal in the context of delta variant circulation. Exhibit G.

That study refereed to a coterminously published study that was also published in The Lancet. Singanayagam, Anika, *Community transmission and viral load kinetics of the SARS-CoV-2 Delta (B.1.617.2) variant in vaccinated and unvaccinated individuals in the UK: a prospective, longitudinal, cohort study*, The Lancet (Oct. 29, 2021), attached as Exhibit H. It similarly found that "although current vaccines remain effective at preventing severe disease and deaths from COVID-19, our findings suggest that vaccination alone is not sufficient to prevent all transmission of the delta variant in the household setting, where exposure is close and prolonged." If the City's purpose in enforcing the vaccine mandates is to prevent transmission – as opposed to protecting the individuals threatened with termination – the mandates are not a rational method for doing so, as they have been found not to

prevent transmission at all. Their principal benefit is to protect the vaccinated from the impact of the virus should they contract it.

V.      **The vaccines are not risk-free.**

As Dr. Kulldorff pointed out, there is also a risk vs. benefit facet in the choice to become vaccinated or not. Just as other nations have done in the past, Germany and France recently restricted the Moderna vaccine to those over-30 out of a concern for heart complications associated with vaccination.[8] Here in this country, the VAERS database has found that over 90,000 hospitalizations, and over 18,000 deaths have been linked temporally with the vaccines. Exhibit I, printout from OpenVAERS, which collects and simplifies the data from the VAERS database. As many have noted, the fact that an individual suffers from myocarditis or pericarditis after being vaccinated does not suggest that vaccines caused the myocarditis or pericarditis. But the fact that so many have suffered various ailments in close temporal proximity to receiving the vaccines gives pause to many, particularly in light of the sense referred to above that the narrative in favor of vaccination will overcome or silence any news that is contrary to that narrative. Why would they think otherwise when the news and the CDC, until now, have largely ignored studies highlighting the limitations of the vaccines or the benefits of natural immunity, and where they continue to largely ignore the Gazit study and others that seriously undermine the CDC's position?

VI.     **Conclusion.**

The Court should consider these findings as it determines whether there is a fundamental right to refuse vaccination. The vaccines are very new. They still have not been approved for general use by the FDA. More information comes out weekly and monthly both about their limitations and their risks. This is not analogous to Jacobson, where the vaccine in question was known for decades

---

[8] https://www.forbes.com/sites/roberthart/2021/11/10/germany-france-restrict-modernas-covid-vaccine-for-under-30s-over-rare-heart-risk-despite-surging-cases/?sh=44b9bb742a8a

to be safe and effective. The vaccines here have risks. They are less and less effective at preventing those who have received them from contracting COVID-19. They are statistically ineffective at preventing transmission.

  WHEREFORE, Plaintiffs request that this Honorable Court grant Plaintiffs' Petition for a Preliminary Injunction and enjoin Defendants from enforcing their vaccine mandates.

Respectfully Submitted,

s/Jonathan Lubin
Attorney for Plaintiffs
Jonathan Lubin
8800 Bronx Ave.
Suite 100H
Skokie, IL 60077
773 954 2608
jonathan@lubinlegal.com

**Certificate of Service**

      I, Jonathan Lubin, hereby certify that I caused a copy of this instrument to be served upon all parties of record by filing it with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the e-filing system, in accordance with the Federal Rules of Civil Procedure and all local rules on November 19, 2021.

s/Jonathan Lubin