IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| SCOTT TROOGSTAD, *et al,* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al,* <br><br> Defendants. | 2021 CV 5600 |

**REQUEST FOR A REFUND**

Jonathan Lubin, on his own behalf, makes the following request for a refund of an accidentally submitted fee, stating:

1. The undersigned attempted to file a Notice of Appeal in this matter but realized halfway through the process that the selection made was merely the payment for the notice of appeal. Since filing a notice of appeal also involves payment, this attempt was aborted.

2. Though that filing did not go through, and no receipt number was transmitted, the $505 was evidently charged.

3. Thereafter, the undersigned selected the correct entry and filed the Notice of Appeal as normal, not realizing that $505 had already been charged. The receipt number for that transaction was 0752-18995163.

4. There was only one filing, but two charges.

WHEREFORE, the undersigned requests a refund of $505 for the second charged, which is receipt number 0752-18995163.

Respectfully Submitted,

s/Jonathan Lubin
Jonathan Lubin
8800 Bronx Ave.
Suite 100H
Skokie, IL 60077
jonathan@lubinlegal.com